IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHAWN WATSON,** <br> d/b/a Watson Funeral Home, <br><br> Plaintiff, <br><br> v. <br><br> **DON POORE, and JON POORE,** <br> d/b/a Colonial Terrace Funeral Home, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. **05-04047-JLF** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**PROUD, Magistrate Judge**:

Before the Court is Defendants' Motion to Compel Discovery Responses and for Sanctions. **(Doc. 14)**. Plaintiff has filed a response. **(Doc. 17)**.

Defendants seek an order compelling plaintiff to respond to their discovery requests, which were served on August 15, 2005. In his response, plaintiff states that he mailed the responses to the discovery requests on the day that the motion to compel was filed.

Defendants ask for the imposition of sanctions, including their attorneys fees and costs incurred in bringing this motion. In his response, plaintiff's counsel states that he left a message for Defendants' counsel asking for an extension of time on September 15, 2005. Defendants' counsel notified him by letter a week later that he did not agree to an extension.

Under the circumstances, the Court does not believe that sanctions are warranted. However, all parties are reminded that **SDIL-LR 26.1(d)** mandates "cooperative discovery arrangements in the interest of reducing delay and expense." The deadline for completion of discovery is March 1, 2006, and the Court fully expects that the parties will meet that deadline.

Upon consideration and for good cause shown, Defendants' Motion to Compel Discovery Responses and for Sanctions **(Doc. 14)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  October 5, 2005.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
