IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY WATSON, doing business as Watson Funeral Home, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 05-CV-4047-JPG ) |
| DON POORE and JON POORE, doing business as Colonial Terrace Funeral Home, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   April 12, 2007**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**